United States Courts
Southern District of Texas
FILED

*March 02, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER  **4:26-cr-104** |
| | § | |
| SAMUEL JAMES HALL | § | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**(Voting by Aliens – 18 U.S.C. § 611(a))**

From on or about October 25, 2024, through November 5, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

SAMUEL JAMES HALL,

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By:  *Liesel Roscher*
LIESEL ROSCHER
Assistant United States Attorney