United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:26-cr-104 |
| | § | |
| SAMUEL JAMES HALL | § | |

## ORDER FOR ISSUANCE OF SUMMONS

A CRIMINAL INFORMATION has been filed against the defendant who is not in custody.

It is ORDERED that a summons be issued for the appearance of said defendant in the Southern District of Texas – Houston Division, on ___March 11___, 2026, at 2:00 P.M. Upon appearance, a judicial determination shall be made as to conditions of release.

The United States Government recommends to the court the following conditions of release. Appearance Bond in the Amount $10,000.00, unsecured. The Government also recommends standard conditions such as no further violations of laws, no international travel, and requests that the defendant surrender his passport to probation.

It is further ORDERED that SUMMONS be issued for the appearance of said defendant is to be served through the defendant's attorney at the following address:

**James Alston**
**Law Offices of James Alston**
**1415 North Loop West, Ste 905**
**(713) 228-1400**
jamesalstonPC@outlook.com

SIGNED at Houston, Texas, on March 2, 2026.

_____Dena Palermo_____
UNITED STATES MAGISTRATE JUDGE