Case 4:26-cr-00104    Document 9    Filed 03/11/26 in TXSD    Page 1 of 1
Case 4:26-cr-00104    Document 1-1    Filed 03/02/26 in TXSD    Page 1 of 1
Waver of Ind/SDTX

# UNITED STATES DISTRICT COURT

Southern _____ **DISTRICT OF** _____ Texas

**WAIVER OF INDICTMENT**

United States of America

V.

SAMUEL JAMES HALL

Defendant(s)

**Case Number:** **4:26-cr-104**

## WAIVER OF INDICTMENT

I, _____ SAMUEL JAMES HALL _____ , the above-named defendant, who is accused of

Ct. 1: Voting by Aliens [18 U.S.C. § 611(a)]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on __3|11|2026__ prosecution by indictment and consent

*Date*

that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____

Judicial Officer