United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO. 4:26-CR-00104-1 |
| versus. | § § § | JUDGE CHARLES ESKRIDGE |
| SAMUEL JAMES HALL, Defendant. | § § | |

**ORDER ACCEPTING GUILTY PLEA**
**AND FINDING OF GUILT**

Count One of the information against Defendant Samuel Hall charges him with Voting by Aliens, in violation of Title 18, United States Code, Section 611(a). Dkt. 1.

The United States Magistrate Judge has submitted her Report and Recommendation that this Court accept the Defendant's guilty plea and find him guilty as charged. Dkt 18. No party filed any objections.

The Court FINDS that the record and law support the Report and Recommendation, and so the Court adopts it.

The Court FINDS that:

- o Defendant is fully competent and capable of entering an informed plea;

- o Defendant is aware of and fully understands the nature of the pending charge and the consequences and potential penalties of a guilty plea;

- o Defendant understands his rights as provided by statute and under the Constitution and wishes to waive those rights;

- o Defendant's guilty plea is freely made and is both knowing and voluntary; and
- o An adequate and independent basis in fact supports the plea and contains each of the essential elements of the offense charged.

As such, Defendant Samuel Hall is adjudged GUILTY of the offense of Voting by Aliens, in violation of Title 18, United States Code, Section 611(a).

SO ORDERED.

Signed on August 6, 2026, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

2