United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL ACTION NO. 4:26-CR-00104 |
| | § | |
| versus. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SAMUEL JAMES HALL, Defendant. | § | |

AMENDED ORDER FOR PRESENTENCE INVESTIGATION, DISCLOSURE, AND SENTENCING DATES

The defendant has been found *guilty*. The Court ORDERS that the following schedule will control disposition of this case:

| | | |
|---|---|---|
| 1. | **October 1, 2026** | The probation officer must disclose the initial presentence report to counsel. |
| 2. | **October 15, 2026** | Counsel must object in writing to the facts used and application of the guidelines, or state that there is no objection. |
| 3. | **October 29, 2026** | The probation officer must submit the final presentence report with an addendum addressing contested issues. |
| 4. | **November 5, 2026, at 1:30 PM** | SENTENCING<br>Appear in Courtroom 9F before Judge Charles Eskridge. *Defendant must be present in person.* |

For counsel to attend interviews with a defendant, tell the United States Probation Officer immediately. Within five days, counsel must supplement that oral request with one in writing.

A defendant who is on bond must take a copy of this Order and go immediately to:

United States Probation Department<br>515 Rusk Street, Room 2301<br>Houston, Texas<br>Telephone: (713) 250−5266

If you get this Order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SO ORDERED.

Signed on August 21, 2026, at Houston, Texas.

Hon. Charles Eskridge<br>United States District Judge